EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
FOLEY & LARDNER LLP
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94101-1520
TEL: 415.434.4484   FAX: 415.434.4507

Attorneys for Petitioner NEXTEER
AUTOMOTIVE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:25-mc-80112 <br><br> **NEXTEER AUTOMOTIVE CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO SKIFF WORLD, INC.** |
|---|---|

1
2    Nexteer Automotive Corporation ("Nexteer'), through its undersigned counsel of record, hereby
3 requests that the Clerk of this Court issue a subpoena to Skiff World, Inc. ("Skiff") pursuant Federal
4 Rule of Civil Procedure 45. The proposed subpoena is attached hereto as Exhibit A.
5    The subpoena is directed to Skiff. Skiff is a web-based company that, among others functions,
6 provides users with encrypted end-to-end email service, as an alternative to other email services such as
7 Gmail or Yahoo mail.
8    Nexteer seeks account information about certain Skiff email users as identified in Exhibit A.
9 Nexteer previously requested, and this Court issued, subpoenas to GitHub, Inc. to identify individuals
10 who had posted various excerpts of Nexteer's confidential and copyrighted source code to GitHub,
11 which postings infringe copyrights held by or assigned to Nexteer. (See Declaration of Pete Kiousis, ¶
12 4). After issuance and service of those subpoenas, Nexteer received certain GitHub account data and,
13 through investigation, identified Skiff email accounts potentially related to the users posting infringing
14 content to GitHub. (Kiousis Decl. ¶ 4). Nexteer now seeks information about these Skiff email users to
15 further aid in identifying the individuals infringing Nexteer's copyrights and disseminating Nexteer's
16 intellectual property without authorization.
17    Accordingly, in support of its request for a Subpoena, Nexteer submits and attaches:
18    - A proposed subpoena directed to Skiff (Ex. A hereto); and
19    - A sworn declaration that the purpose for which the subpoena is sought is proper (See Pete
20      Kiousis Decl., ¶5.)
21    Nexteer respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena
22 pursuant to Fed. R. Civ. Pro. 45 and return it to undersigned counsel for service on the subpoena
23 recipient.
24
25
26
27
28

1  DATE: MAY 8, 2025                    **FOLEY & LARDNER LLP**
                                        EILEEN R. RIDLEY

                                        By: /s/ *Eileen R. Ridley*
                                            EILEEN R. RIDLEY
                                            Attorneys for Petitioner NEXTEER
                                            AUTOMOTIVE CORPORATION